Mark C. Choate, AK #8011070
Jon M. Choate, AK #1311093
CHOATE LAW FIRM LLC
424 N. Franklin Street
Juneau, Alaska 99801
Telephone: (907) 586-4490
Facsimile: (206) 424-9705
Email: lawyers@choatelawfirm.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| THEODORE CHANG and MONICA CHANG, Individually and for G.C., a Minor, and MITCHELL CHANG,<br><br>Plaintiffs,<br><br>v.<br><br>ICY STRAIT POINT, LLC, an Alaska limited liability entity,<br><br>Defendants. | **COMPLAINT**<br><br>Case No. |

Plaintiffs Theodore Chang and Monica Chang, individually and for G.C., a minor, and Mitchell Chang, by and through counsel, Choate Law Firm, LLC, allege against the above-named Defendant as follows:

**NATURE OF THE ACTION**

1. This action arises from the negligent conduct of Icy Strait Point, LLC, resulting in severe injuries to Plaintiffs G.C. and Mitchell Chang during an ATV expedition organized and operated by the Defendant.

COMPLAINT
Page 1 of 15

CHOATE LAW FIRM LLC
424 N. Franklin Street
Juneau, AK 99801
(907) 586-4490

Case 1:24-cv-00005-SLG   Document 1   Filed 04/11/24   Page 1 of 15

## PARTIES

2. At all relevant times, Plaintiffs Theodore Chang and Monica Chang, both individuals, were residents of Walnut Creek, California. They bring this action individually and on behalf of their minor son, G.C..

3. At all relevant times, G.C., a minor, was a resident of Walnut Creek, California.

4. At all relevant times, Mitchell Chang was a resident of Walnut Creek, California.

5. Defendant Icy Strait Point, LLC is an Alaska limited liability company with its sole member residing at 9301 Glacier Highway, Suite 200, Juneau, AK 99801. It is engaged in the business of operating a cruise destination and offering various tours, including ATV expeditions.

## JURISDICTION AND VENUE

6. Jurisdiction is conferred upon this Court pursuant to 28 U.S.C. § 1332, as the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different States.

7. Venue is proper in this District under 28 U.S.C. § 1391 because the Defendant is domiciled in Alaska, and a substantial part of the events giving rise to the claim occurred in this District.

## FACTUAL ALLEGATIONS

8. In June of 2022, the Chang family, including Plaintiffs Theodore Chang, Monica Chang, their sons G.C. and Mitchell Chang, and their relatives, embarked on a cruise operated by Disney Cruise Lines, which included a stop near Hoonah, Alaska.

COMPLAINT
Page 2 of 15

CHOATE LAW FIRM LLC
424 N. Franklin Street
Juneau, AK 99801
(907) 586-4490

Case 1:24-cv-00005-SLG   Document 1   Filed 04/11/24   Page 2 of 15

9. On June 8 and June 9, 2022, the cruise stopped near Hoonah, Alaska, allowing passengers to disembark and engage in various excursions offered by Defendant Icy Strait Point, LLC.

10. On June 8, 2022, the Chang family participated in the ziplining adventure offered by Defendant Icy Strait Point, LLC.

11. On June 9, 2022, the family decided to participate in an ATV expedition hosted by Defendant Icy Strait Point, LLC, involving over twenty parties, including their family of five and a cousin's family of five.

12. The excursion began with transportation from a lodge area to the ATV site, where numerous two-seater ATVs were lined up. A guide, a native Alaskan, provided historical context during the bus ride but failed to conduct a comprehensive safety briefing upon arrival at the site.

13. Instead of a detailed safety orientation, the guide offered minimal instructions on operating the ATVs, advising against the use of seatbelts, citing their dirtiness and potential discomfort, which led to participants, including children, neglecting safety harnesses.

14. The excursion proceeded in a single-file formation with inadequate safety measures, such as the absence of helmets, contributing to the chaotic and dangerous conditions of the ride.

15. Within minutes of commencement, the ATV driven by Mitchell, with G.C. as a passenger, veered off a narrow bridge and plummeted approximately 15 feet into a creek, resulting in the ejection of G.C. and significant injuries to both brothers.

COMPLAINT
Page 3 of 15

CHOATE LAW FIRM LLC
424 N. Franklin Street
Juneau, AK 99801
(907) 586-4490

Case 1:24-cv-00005-SLG   Document 1   Filed 04/11/24   Page 3 of 15



**Exhibit 1:** The ATV on its side after crashing with pieces of broken hand railing.



**Exhibit 2:** The remains of the minimal hand railing on the bridge after the crash.

16. According to one Icy Strait Point, LLC worker at the scene, this was not the first time that an ATV on a tour had gone off the subject bridge.

COMPLAINT
Page 4 of 15

CHOATE LAW FIRM LLC
424 N. Franklin Street
Juneau, AK 99801
(907) 586-4490

17. G.C. was found lying on the ground atop the bridge, initially unconscious, and exhibited signs of a brief seizure, indicative of a significant head injury.

18. G.C.'s condition, although stable, was marked by confusion and a lack of coherent response, with visible contusions and abrasions on his body, suggesting a forceful impact and subsequent rough contact with the environment.

19. Mitchell, who remained in the ATV as it fell, suffered from multiple lacerations and blunt force trauma, evidenced by his bloody appearance and distressed state.

20. G.C.'s injuries required immediate and advanced medical attention, leading to his airlift evacuation to a hospital for comprehensive treatment.

21. Post-accident, the response was disorganized; the younger guide appeared overwhelmed and unable to provide effective assistance.

22. Essential emergency equipment, like first aid gear, stretchers, and spinal immobilization devices, was conspicuously absent.

23. The lack of immediate medical equipment and professional assistance at the scene compounded the gravity of the situation, with the reliance on the ad-hoc aid provided by fellow tourists, including a nurse practitioner who took a leading role in administering preliminary care.

24. The incident not only caused physical harm to the Chang brothers but also inflicted psychological distress on the family, with the chaotic and inefficient response exacerbating the ordeal.

25. Theodore and Monica Chang experienced profound emotional distress and psychological trauma as they witnessed their sons' severe injuries and the subsequent chaotic and inadequate response to the accident.

COMPLAINT
Page 5 of 15

CHOATE LAW FIRM LLC
424 N. Franklin Street
Juneau, AK 99801
(907) 586-4490

Case 1:24-cv-00005-SLG   Document 1   Filed 04/11/24   Page 5 of 15

26. The sight of their youngest son, G.C., lying unconscious and injured on the ground, and their older son, Mitchell, visibly wounded and in shock, triggered immediate and overwhelming fear, anxiety, and helplessness in the parents.

27. The distress was exacerbated by the disorganized emergency response, the apparent lack of preparedness of Icy Strait Point, LLC, and the necessity for the parents to rely on uncoordinated and improvised assistance from fellow passengers rather than professional medical personnel.

28. The uncertainty regarding the extent of their sons' injuries and the immediate need for medical evacuation without clear communication or support further intensified their emotional suffering.

29. As a direct consequence of the incident, Theodore and Monica Chang have endured lasting emotional and psychological trauma, including anxiety, sleep disturbances, and profound concern for their children's well-being and future health prospects.

30. The negligent conduct of Icy Strait Point, LLC not only endangered the physical safety of their sons but also inflicted significant emotional turmoil on the Chang family, fundamentally altering their sense of security and well-being.

31. The injured were eventually transported to a local clinic, which lacked adequate facilities for serious trauma.

32. Specifically, upon arrival at the SEARHC clinic in Hoonah, G.C. presented with acute symptoms indicative of significant head trauma.

33. He was alert yet confused about the date, necessitating frequent reorientation, signaling cognitive disorientation.

COMPLAINT
Page 6 of 15

CHOATE LAW FIRM LLC
424 N. Franklin Street
Juneau, AK 99801
(907) 586-4490

Case 1:24-cv-00005-SLG   Document 1   Filed 04/11/24   Page 6 of 15

34. His physical examination revealed a large hematoma to the right temple area with a puncture mark to the eyebrow and another hematoma on the left lower occipital area, exhibiting bogginess and trace crepitus upon palpation.

35. G.C.'s neurological evaluation was concerning, highlighted by his report of not remembering the accident, slurred speech, and a severe headache rated at 8/10 accompanied by nausea.

36. Initial treatment included the application of a cervical collar, intravenous fluids, and pain management with ondansetron and morphine to alleviate his headache and nausea.

37. The nature of his injuries—particularly the potential skull fracture and the episode of loss of consciousness and seizure observed at the scene—necessitated urgent transfer to a facility equipped for comprehensive imaging and further evaluation.

38. G.C. was transported, via air ambulance, first, to Juneau, where he was transferred to a separate jet and transported to Seattle for evaluation treatment at Harborview Medical Center..

39. Simultaneously, Mitchell Chang was also transported via separate planes to Seattle for evaluation at Harborview Medical Center.

40. The medical bills and emergency transport costs incurred arising from this incident exceed $307,000.

## COUNT I: NEGLIGENCE
### (Plaintiff G.C. v. Defendant Icy Point Strait, LLC)

41. Plaintiffs re-allege and affirm all previous allegations as if fully set forth herein.

42. Defendant, Icy Strait Point, LLC, engaged in the sale and operation of guided ATV tours and represented these activities as safe and enjoyable outdoor experiences.

COMPLAINT
Page 7 of 15

CHOATE LAW FIRM LLC
424 N. Franklin Street
Juneau, AK 99801
(907) 586-4490

Case 1:24-cv-00005-SLG   Document 1   Filed 04/11/24   Page 7 of 15

43. However, Icy Strait Point, LLC failed to adhere to reasonable standards of care in conducting its ATV tours, particularly concerning the safety and wellbeing of G.C..

44. Icy Strait Point, LLC was aware, or should have been aware, of the inherent risks associated with the ATV tour, especially the dangerous terrain and the specific bridge where the accident occurred.

45. Despite this knowledge, Icy Strait Point, LLC neglected essential safety protocols and precautions necessary to protect G.C. and other participants.

46. On June 9, 2022, the negligence of Icy Strait Point, LLC manifested through various acts and omissions, which specifically breached its duty of care owed to G.C., including:

   a. Providing inadequate safety instructions and failing to conduct a thorough safety briefing before the commencement of the ATV excursion.

   b. Advising participants against using seatbelts, thereby directly compromising G.C.'s safety on the ATV.

   c. Selecting a hazardous route for the tour without proper risk assessment and without regard for the young and inexperienced participants like G.C..

   d. Neglecting to maintain the ATVs and the excursion route, thereby exposing G.C. to unnecessary risk of harm.

   e. Failing to supply necessary safety equipment, such as helmets and functional seatbelts, which could have mitigated the injuries sustained by G.C. in the event of an accident.

   f. Lacking a coherent emergency response plan, leading to a delayed and inadequate reaction to the accident that exacerbated G.C.'s injuries.

COMPLAINT
Page 8 of 15

CHOATE LAW FIRM LLC
424 N. Franklin Street
Juneau, AK 99801
(907) 586-4490

Case 1:24-cv-00005-SLG   Document 1   Filed 04/11/24   Page 8 of 15

47. As a direct and proximate result of Icy Strait Point, LLC's negligence, G.C. suffered severe injuries, including head trauma characterized by a loss of consciousness and a seizure episode, necessitating urgent and extensive medical treatment.

48. The physical and psychological impact of these injuries on G.C. has been substantial, necessitating ongoing medical care and rehabilitation.

49. The negligent actions of Icy Strait Point, LLC have not only inflicted physical harm upon G.C. but have also led to considerable emotional distress and financial strain for the Chang family due to the medical expenses and long-term care requirements associated with his injuries.

50. Accordingly, Plaintiffs seek compensatory damages for the injuries and losses suffered by G.C. as a direct result of the negligent conduct of Icy Strait Point, LLC, including but not limited to medical expenses, pain and suffering, loss of enjoyment of life, and other related damages.

## COUNT II: NEGLIGENCE
### (Plaintiff Mitchell Chang v. Defendant Icy Point Strait, LLC)

51. Plaintiffs re-allege and affirm all previous allegations as if fully set forth herein.

52. Defendant, Icy Strait Point, LLC, engaged in the business of providing and operating ATV excursions and held itself out as an experienced provider of such recreational activities, asserting the safety and reliability of their services.

53. Nevertheless, Icy Strait Point, LLC failed to maintain the requisite standard of care in the operation and management of its ATV tours, particularly with regard to the safety of Mitchell Chang.

COMPLAINT
Page 9 of 15

CHOATE LAW FIRM LLC
424 N. Franklin Street
Juneau, AK 99801
(907) 586-4490

Case 1:24-cv-00005-SLG    Document 1    Filed 04/11/24    Page 9 of 15

54. Despite being aware of the risks associated with the ATV activity, especially the treacherous path leading to and from the bridge where the accident took place, Icy Strait Point, LLC neglected to implement necessary safety measures and protocols to ensure the well-being of its participants, including Mitchell Chang.

55. The negligence of Icy Strait Point, LLC is evidenced by its actions and omissions, including but not limited to:

   a. Neglecting to provide a comprehensive and effective safety briefing before the start of the ATV excursion, which directly affected Mitchell Chang's understanding and awareness of the potential risks.

   b. Advising against the use of seatbelts, thus directly endangering Mitchell Chang's safety during the ATV tour.

   c. Choosing a perilous route for the ATV excursion without adequately assessing the risks or considering the participants' ability to safely navigate such terrain.

   d. Failing to maintain and inspect the ATVs and the trail, particularly the bridge, to ensure they were in safe operating condition.

   e. Not providing essential safety gear, such as helmets and properly functioning seatbelts, which could have lessened the severity of Mitchell Chang's injuries.

   f. Demonstrating a lack of a structured emergency response plan, resulting in a disorganized and ineffective reaction to the accident, thereby worsening the injuries sustained by Mitchell Chang.

56. As a direct and proximate consequence of Icy Strait Point, LLC's negligent conduct, Mitchell Chang sustained significant physical injuries, including multiple lacerations and blunt force trauma, necessitating immediate and ongoing medical attention.

COMPLAINT
Page 10 of 15

CHOATE LAW FIRM LLC
424 N. Franklin Street
Juneau, AK 99801
(907) 586-4490

Case 1:24-cv-00005-SLG   Document 1   Filed 04/11/24   Page 10 of 15

57. The accident inflicted severe physical pain and emotional distress upon Mitchell Chang, leading to prolonged medical treatment and rehabilitation.

58. The actions of Icy Strait Point, LLC not only caused immediate physical harm to Mitchell Chang but also resulted in considerable emotional and financial hardship for the Chang family due to the accruing medical expenses and the need for continuous medical care and therapeutic services for his injuries.

59. Therefore, Plaintiff Mitchell Chang seeks compensatory damages for the injuries and losses incurred as a direct result of the negligent actions of Icy Strait Point, LLC. This includes compensation for medical expenses, pain and suffering, loss of enjoyment of life, and any other damages proven at trial.

## COUNT III: NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS
### (Plaintiff Thomas Chang v. Defendant Icy Point Strait, LLC)

60. Plaintiffs re-allege and affirm all previous allegations as if fully set forth herein.

61. Defendant, Icy Strait Point, LLC, through its actions and omissions in the conduct of its ATV excursion activities, negligently caused severe emotional distress to Theodore Chang.

62. Despite the known risks associated with the ATV tour, especially on the hazardous terrain and the bridge where the accident occurred, Icy Strait Point, LLC failed to implement adequate safety measures and protocols, directly impacting the psychological well-being of Theodore Chang.

63. The negligence of Icy Strait Point, LLC is demonstrated by:

COMPLAINT
Page 11 of 15

CHOATE LAW FIRM LLC
424 N. Franklin Street
Juneau, AK 99801
(907) 586-4490

Case 1:24-cv-00005-SLG   Document 1   Filed 04/11/24   Page 11 of 15

a. Failing to provide a comprehensive safety briefing and adequate training for the ATV excursion, thereby exposing Theodore Chang and his family to unforeseen and substantial risks.

b. Advising participants against the use of safety measures, such as seatbelts, which contributed to the severity of the accident and the resultant emotional trauma experienced by Theodore Chang.

c. Selecting a dangerous route for the excursion without proper assessment of the participants' abilities and the inherent risks, particularly the unsafe bridge, leading to the accident.

d. Neglecting to maintain the ATVs and the excursion path in a safe condition, thereby increasing the likelihood of such accidents.

e. Lacking essential safety equipment and an effective emergency response plan, which exacerbated the injuries sustained by his sons and intensified the emotional distress witnessed by Theodore Chang.

64. As a direct and proximate result of the negligent acts and omissions of Icy Strait Point, LLC, Theodore Chang witnessed the traumatic accident involving his sons, leading to immediate and severe emotional distress.

65. The sight of his sons, particularly G.C., lying unconscious and injured, and Mitchell, visibly in pain and distress at the scene of the accident, caused Theodore Chang profound psychological trauma.

66. The subsequent disorganized and insufficient emergency response further contributed to his emotional turmoil, as he faced the uncertainty and helplessness of the situation.

COMPLAINT
Page 12 of 15

CHOATE LAW FIRM LLC
424 N. Franklin Street
Juneau, AK 99801
(907) 586-4490

Case 1:24-cv-00005-SLG   Document 1   Filed 04/11/24   Page 12 of 15

67. This incident has inflicted lasting emotional and psychological damage on Theodore Chang, manifesting in symptoms of anxiety, sleep disturbances, and enduring concern for the well-being and safety of his family members.

68. Therefore, Theodore Chang seeks compensatory damages for the severe emotional distress and psychological suffering he endured as a direct result of the negligent actions of Icy Strait Point, LLC, including but not limited to compensation for pain and suffering, loss of enjoyment of life, and the costs associated with psychological treatment and counseling services.

## COUNT IV: NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS
### (Plaintiff Monica Chang v. Defendant Icy Point Strait, LLC)

69. Plaintiffs re-allege and affirm all previous allegations as if fully set forth herein.

70. Defendant, Icy Strait Point, LLC, through its actions and omissions in the conduct of its ATV excursion activities, negligently caused severe emotional distress to Monica Chang.

71. Despite the known risks associated with the ATV tour, especially on the hazardous terrain and the bridge where the accident occurred, Icy Strait Point, LLC failed to implement adequate safety measures and protocols, directly impacting the psychological well-being of Monica Chang.

72. The negligence of Icy Strait Point, LLC is demonstrated by:

   a. Failing to provide a comprehensive safety briefing and adequate training for the ATV excursion, thereby exposing Monica Chang and his family to unforeseen and substantial risks.

COMPLAINT
Page 13 of 15

CHOATE LAW FIRM LLC
424 N. Franklin Street
Juneau, AK 99801
(907) 586-4490

Case 1:24-cv-00005-SLG   Document 1   Filed 04/11/24   Page 13 of 15

b. Advising participants against the use of safety measures, such as seatbelts, which contributed to the severity of the accident and the resultant emotional trauma experienced by Monica Chang.

c. Selecting a dangerous route for the excursion without proper assessment of the participants' abilities and the inherent risks, particularly the unsafe bridge, leading to the accident.

d. Neglecting to maintain the ATVs and the excursion path in a safe condition, thereby increasing the likelihood of such accidents.

e. Lacking essential safety equipment and an effective emergency response plan, which exacerbated the injuries sustained by his sons and intensified the emotional distress witnessed by Monica Chang.

73. As a direct and proximate result of the negligent acts and omissions of Icy Strait Point, LLC, Monica Chang witnessed the traumatic accident involving her sons, leading to immediate and severe emotional distress.

74. The sight of her sons, particularly G.C., lying unconscious and injured, and Mitchell, visibly in pain and distress at the scene of the accident, caused Monica Chang profound psychological trauma.

75. The subsequent disorganized and insufficient emergency response further contributed to his emotional turmoil, as she faced the uncertainty and helplessness of the situation.

76. This incident has inflicted lasting emotional and psychological damage on Monica Chang, manifesting in symptoms of anxiety, sleep disturbances, and enduring concern for the well-being and safety of his family members.

COMPLAINT
Page 14 of 15

CHOATE LAW FIRM LLC
424 N. Franklin Street
Juneau, AK 99801
(907) 586-4490

Case 1:24-cv-00005-SLG   Document 1   Filed 04/11/24   Page 14 of 15

77. Therefore, Monica Chang seeks compensatory damages for the severe emotional distress and psychological suffering he endured as a direct result of the negligent actions of Icy Strait Point, LLC, including but not limited to compensation for pain and suffering, loss of enjoyment of life, and the costs associated with psychological treatment and counseling services.

WHEREFORE, Plaintiffs Theodore Chang and Monica Chang, individually and for G.C., a minor, and Mitchell Chang demand judgment against Defendant Icy Strait Point, LLC, for:

    a. General damages;

    b. Special damages;

    c. Punitive damages;

    d. Prejudgment and Postjudgment Interest;

    e. Costs;

    f. Expenses;

    g. Attorneys' fees as allowed by law; and

    h. For such other and further relief as this Honorable Court deems just.

### DEMAND FOR JURY TRIAL

Plaintiffs Theodore Chang and Monica Chang, individually and for G.C., a minor, and Mitchell Chang request a trial by jury pursuant to Fed. R. Civ. P. 38.

Dated: April 11, 2024

By: */s/ Mark Choate*
    Mark C. Choate, AK #8011070
    Jon M. Choate, AK #1311093
    Attorneys for Plaintiff

COMPLAINT
Page 15 of 15

CHOATE LAW FIRM LLC
424 N. Franklin Street
Juneau, AK 99801
(907) 586-4490

Case 1:24-cv-00005-SLG    Document 1    Filed 04/11/24    Page 15 of 15